# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL BLACK,
                    Appellant,
          vs.
MAIRE BLACK,
                    Respondent.

No. 73968

**FILED**

SEP 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order to release funds in bank accounts frozen by court order. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order to release funds from a frozen bank account. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                  Stiglich

17-32363

cc: Hon. Nathan Tod Young, District Judge
Daniel Black
Law Office of Karen L. Winters
Douglas County Clerk

